**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00913-CV

**SHEIK TEHUTI, Appellant**

**V.**

**ATMOS ENERGY CORP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12135**

## ORDER

Appellant Sheik Tehuti's motion complaining of "Jurisdiction Violation" and "Malicious

Prosecution" is **DENIED**.


/s/     ADA BROWN
            JUSTICE